David A. Tilem (SBN 103825)
LAW OFFICES OF DAVID A. TILEM
206 North Jackson Street, Suite 201
Glendale, California 91206
Tel: 888-257-7648 * 818-507-6000
Fax: 818-507-6800
DavidTilem@TilemLaw.com

Attorneys for Creditor,
OKC Ventures, LLC

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**RIVERSIDE DIVISION**

| | |
|---|---|
| In re:<br><br>**LA HOLDING, LLC**,<br><br>Debtor. | **Case No. 6:19-bk-18310-MH**<br><br>**Chapter 7**<br><br>**OBJECTIONS TO DECLARATION OF NIKITA LYUDKOVSKIY ATTACHED TO OPPOSITION (DKT. #27) TO MOVANT'S RELIEF FROM STAY MOTION (DKT. #24)**<br><br><u>Hearing</u><br>Date: December 3, 2019<br>Time: 11:00 a.m.<br>CtRm: 303 |

Creditor OKC Ventures, LLC ("OKC") makes the following objections to the Declaration of Nikita Lyudkovskiy and specific portions thereof:

1. The Declaration is inadmissible in its entirety because it fails to comply with FRE Rules 604, 802 and other rules applicable to testimony being offered by parties who do not speak English.

/ / /

/ / /

/ / /

2. OKC makes the following specific objections:

| **Par** | **Disputed Text** | **Basis for Obj** | **Ruling** |
|---|---|---|---|
| 4 | Michael Leizerovitz, managing member of OKC, and Abraham Gottlieb managing member of Lake Elsinore Diamond Road, LLC, the original borrower under the Promissory Note ("LEDR"), have coordinated on multiple other real property financings. | Vague, lacks foundation (FRE 602), hearsay (FRE 802), relevance (FRE 402) | |
| 4 | LEV Investments, LLC ("LEV"), co-owner of the Property, was the lender for one such property, on which an affiliate of Gottlieb defaulted. | Vague, lacks foundation (FRE 602), hearsay (FRE 802), relevance (FRE 402) | |
| 5 | Based on the relationship between Leizerovitz and Gottlieb and the fact that the LEDR apparently did not make a single payment under the Promissory Note, it appears that Leizerovitz and LEDR never intended for payments to be made. | Lacks foundation and speculation (FRE 602), relevance (FRE 402) | |
| 5 | Instead, their intent was to induce LDI Ventures, LLC into lending with second priority, then squeeze LDI out of its position by maximizing the balance due under the Promissory Note. | Lacks foundation and speculation (FRE 602), relevance (FRE 402) | |
| 6 | I have visited the Property, and no vandalism has occurred since the Debtor and LEV obtained possession. | Lacks foundation and speculation (FRE 602). No evidence of a "first" inspection. | |
| 6 | The Property is secure. | Improper opinion testimony, no evidence of expertise (FRE 702) | |
| 6 | I estimate that completing construction would cost approximately $200,000, including the cost of obtaining permits. | Improper opinion testimony, no evidence of expertise (FRE 702) | |

OKC requests that the objectionable testimony be stricken.

Dated: November 25, 2019

LAW OFFICES OF DAVID A. TILEM

By: ______________________________
David A. Tilem,
Attorney for Creditor

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**206 North Jackson Street, Suite 201, Glendale, CA 91206**

A true and correct copy of the foregoing document entitled (*specify*) ***OBJECTIONS TO DECLARATION OF NIKITA LYUDKOVSKIY ATTACHED TO OPPOSITION (DKT. #27) TO MAVNT'S RELIEF FROM STAY MOTION (DKT. #24)*** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **11/25/19**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- John Burgee jburgee@bandalaw.net
- James R Felton jfelton@gblawllp.com, nknadjian@gblawllp.com
- Todd A. Frealy (TR) taftrustee@lnbyb.com, taf@trustesolutions.net
- Jeremy H Rothstein jrothstein@gblawllp.com, mramos@gblawllp.com
- David A Tilem davidtilem@tilemlaw.com, DavidTilem@ecf.inforuptcy.com;joanfidelson@tilemlaw.com;JoanFidelson@ecf.inforuptcy.com;DianaChau@tilemlaw.com
- United States Trustee (RS) ustpregion16.rs.ecf@usdoj.gov

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (*date*) ______, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **11/25/19**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Honorable Mark D. Houle
United States Bankruptcy Court
3420 Twelfth Street, Suite 365
Riverside, CA 92501-3819

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| **11/25/2019** | **Diana Chau** | /s/ Diana Chau |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |